IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CR-213-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KRISTIAN SIERP, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 46) filed by Randolph M. Lee, concerning Frank Jose Gaviria, on August 22, 2016. Mr. Frank Jose Gaviria seeks to appear as counsel *pro hac vice* for Defendant Kristian Sierp. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 46) is **GRANTED.** Mr. Frank Jose Gaviria is hereby admitted *pro hac vice* to represent Defendant Kristian Sierp.

**SO ORDERED**.

Signed: September 8, 2016

David C. Keesler
United States Magistrate Judge