# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:15-cr-00213-MOC-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| **KRISTIAN SIERP,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court on Defendant's *pro se* Motion for Permission to Travel, in which Defendant requests permission to travel to Costa Rica in October 2021. (Doc. No. 594).

## ORDER

**IT IS, THEREFORE, ORDERED** that within **10 days** the Government shall file a response to Defendant's motion.

The Court also requests a response from Defendant's probation officer as to whether the probation officer approves of Defendant's request. The Clerk's office is instructed to mail this Order to the probation office.

Signed: August 27, 2021

Max O. Cogburn Jr.
United States District Judge