UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cr-213-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KRISTIAN SIERP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* Motion for Permission to Travel, in which Defendant requests permission to travel to Costa Rica in October 2021. (Doc. No. 594).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within **10 days** the Government shall file a response to Defendant's motion. This is the Court's second Order requiring a response from the Government, as the Government failed to respond to the Court's first Order.

The Court also requests a response from Defendant's probation officer as to whether the probation officer approves of Defendant's request. The Clerk's office is instructed to mail this Order to the probation office.

Signed: September 14, 2021

Max O. Cogburn Jr.
United States District Judge